PD-0198-15

Date: 2-19-15

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
PO Box 12308
Austin, TX 78711

Dear Mr. Acosta:

Enclosed please find my pro se Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

Petitioner Pro Se
TDCJ # 1889930
Texas Department of Criminal Justice
Unit: Garza West
Address: 4250 Hwy 202
Beeville, TX 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE _____ |
| | § | |
| VS | § | COURT OF _____ |
| | § | |
| ERIC DESHAYN TENNELL<br>#1889930<br>10-30-78 | | COUNTY, TEXAS |

## REQUEST FOR COURT APPOINTED COUNSEL PURSUANT TO ARTICLE 1.051. TEXAS CODE OF CRIMINAL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW. the Apellant Eric Tennell TDCJ# 1889930. and requests that the Court appoint counsel to assist him in filing his PDR in the above-styled cause pursuant to Tex. Code. Crim. Proc. art 1.051. (d)(2). An eligible indigent defendant is entitled to have the trial court appoint an attorney to represent him in the following appellate and postconviction habeas matters: (2) an appeal to the Court of Criminal Appeals if the appeal is made directly from the trial court or if PDR has been granted.

Respectfully Submitted.

Erick Lawson #510246

* Assisting Eric Tennell who is unable to successfully file this Motion in his own behalf, due to illiteracy.

NO. *01-13-00942-CR*

*Eric Tennell* ,
#### PETITIONER

VS.

THE STATE OF TEXAS,
#### RESPONDENT

§ IN THE TEXAS COURT
§
§
§ OF
§
§
§ CRIMINAL APPEALS

### MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, *Eric Tennell* , Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

#### I.

The Petitioner was convicted in the *179th* District Court of *Harris* County, Texas of the offense of *Murder* in Cause No. *1338512* , styled The State of Texas vs. *Eric Tennell* The Petitioner appealed to the Court of Appeals, *First* Supreme Judicial District, Appeal No. *01-13-00942-CR* . The case was affirmed on *January 29th, 2015* .

#### II.

The present deadline for filing the Petition for Discretionary Review is *Mar 1st* . The Petitioner has not requested any extension prior to this request.

#### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until *Feb 7th 2015* . Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, *Deborah Summers* , has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

## CERTIFICATE OF SERVICE

I, _Eric Tennell_, do hereby certify that a true and correct copy of the

above and foregoing Motion for Extension of Time to File a Petition for Discretionary

Review, has been forwarded by United States Mail, postage prepaid, first class, to the

State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District

Attorney for _Harris_ County,

_Texas_ on this the _20_ _th_ day of

, 200_5_.



_____

Petitioner Pro Se

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. _01-13-00942-CR_ to _May 14, 2015_

Respectfully submitted,

_[signature]_

Petitioner Pro Se
TDCJ #
Texas Department of Criminal Justice

2-19-15

Dear Mr. Acosta:

I am assisting Mr. Tennell with his ongoing appeal (Pro Se). Mr. Tennell is unable to file Motions, briefs, etc in his own behalf, due to his level of literacy. Mr. Tennell and I are @ 2 diffrent units (Huntsville Unit and Garza West) and I recieved his signed motion only today here from his wife. Please accept this Motion for Exention of Time to File PDR as Timely. Along with the additional Motion FOR APPOINTMENT of COUNSEL.

Mr. Tennell aquired me assistance on his brief and the production thereof. Yet, due to the fact that we are on two diffrent units, its very hard for me to provide him with the legal assistance he so badly needs. Please consider both Motions timely, allowing them to be presented to this Court in Mr. Tennell's behalf

Your consideration given to our humble request in writing concerning this urgent matter will be most helpful and appreciated.

Thank You

Sincerely and Respectfully,

Erick Laurin

E.LAW